Zachary L. Rowen
Direct Dial: +1.212.906.4555
zachary.rowen@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

April 16, 2024

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

   Re: *Clark et al. v. System1, Inc.*, Case No. 1:24-cv-40 (KPF) (SDA),
     Adjournment of Conference

Dear Judge Failla:

  We represent Defendant System1, Inc. in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the April 23, 2024 conference to a date following the resolution of System1's motion to dismiss, if necessary. There has been one other request for adjournment of this conference prior to Plaintiffs' service of System1. *See* ECF No. 9. All parties consent to this adjournment. The reason for this request is that, as reflected in the Court's Order dated April 10, 2024, System1's response to the Complaint is now due on May 13, 2024, and System1 intends to file a motion to dismiss. Accordingly, to conserve the Court's time, the parties respectfully ask the Court to adjourn the April 23, 2024 conference.

  We appreciate Your Honor's consideration of this request.

            Respectfully submitted,

            /s/ Zachary L. Rowen
            Zachary L. Rowen
            of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF and Electronic Mail)

Application GRANTED.  The initial pretrial conference scheduled for April 23, 2024, is hereby ADJOURNED to **May 29, 2024,** at **12:00 p.m.**  As before, the conference will be telephonic.  At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties shall adhere to the requirements set forth in the Notice of Initial Pretrial Conference, and shall file their joint pre-conference materials on or before **May 23, 2024.** (Dkt. #6).

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:    April 17, 2024              SO ORDERED.
          New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE